IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BETTY NARANJO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 1:09-cv-5449 |
| ) | |
| COLLECTCORP CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF PENDING SETTLEMENT

Defendant, Collectcorp Corporation, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/ James K. Schultz
Attorney for Defendant Collectcorp

James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
55 West Monroe, Suite 1120
Chicago, IL  60603
Telephone:	(312) 578-0990
Facsimile:	(312) 578-0991
E-Mail:	jschultz@sessions-law.biz

Attorneys for Defendant Collectcorp

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of September 2009, a copy of the foregoing **Notice of Pending Settlement** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

David J. Philipps, Esq.
Mary E. Philipps, Esq.
Philipps & Philipps, Ltd.
9760 South Roberts Road, Suite One
Palos Hills, IL  60465

        /s/ James K. Schultz
        Attorney for Defendant Collectcorp