IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Betty Naranjo, ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | No.   09 C 5449 |
| ) | |
| Collectcorp Corporation, a Delaware ) | Judge Guzman |
| corporation, ) | |
| ) | |
|    Defendant. ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Betty Naranjo, having reached a settlement with Defendant, hereby stipulates to the dismissal of this action with prejudice, each party to bear their own costs.

Dated: September 29, 2009

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice, each party to bear their own costs.

Dated: _____        ENTERED:

                                                           _____
                                                           Judge Ronald A. Guzman,
                                                           United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2009 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.** Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, on September 29, 2009, by 5:00 p.m.

Collectcorp Corporation
c/o Dayle Van Hoose
Sessions, Fishman, Nathan & Israel, LLP
9009 Corporate Lake Drive
Suite 300-S
Tampa, Florida 33634

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com